UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IOU INTERNATIONAL, INC.<br><br>   Plaintiff(s),<br><br> v.<br><br>MEGA WEAR, INC. , et al.<br><br><br>   Defendant(s). | CASE NO:<br>2:14−cv−08174−MMM−AS<br><br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above−entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days**, to re−open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

**IT IS SO ORDERED.**

Dated: February 13, 2015

_Margaret M. Morrow_
Margaret M. Morrow
United States District Judge